Brandon L. **ROBERTSON,**
Plaintiff–Appellant,

v.

Matthew **ROBERTS,** Correctional Officer (K–9 Unit); Brett Hughes, Supervising Officer (Sergeant), Defendants–Appellees.

No. 14–7727.

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2015.

Decided: March 19, 2015.

Brandon L. Robertson, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon L. Robertson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robertson v. Roberts,* No. 7:13–cv–00560–MFU–RSB (W.D.Va. July 7, 2014). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*